UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60123-CIV-DIMITROULEAS

CHRISTOPHER TENY BERES,
and ANDREW DELANEY

    Plaintiffs,

vs.

DAILY JOURNAL CORPORATION,

    Defendant.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the Notice of Withdrawal of Docket No. 6 (the "Notice") [DE 19], Defendant's Motion to Dismiss [DE 16], and Defendant's Amended Motion to Dismiss [DE 20]. In the Notice, Plaintiffs indicate that the Amended Complaint [DE 5] is the operative complaint, not the Corrected Amended Complaint [DE 6].[1] In response to the Notice, Defendant promptly filed the Amended Motion to Dismiss [DE 20]. This Court has considered the Notice, the Motions to Dismiss, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED** and **ADJUDGED** that Defendant's Motion to Dismiss [DE 16] is hereby **DENIED AS MOOT**.

---

[1] Plaintiffs are reminded that Rule 15(a) gives a plaintiff the right to amend a complaint *once* as a matter of course. Fed. R. Civ. P. 15(a). In all other cases, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." *Id.* 15(a)(2). To the extent that Plaintiffs' Corrected Amended Complaint was a second attempt to amend the Complaint, such action was improper without the opposing party's consent or the Court's leave. The Court notes that "[a] district court may dismiss a case under its inherent authority to manage its docket." *Bell v. Florida Highway Patrol*, 476 F. App'x. 856, 856 (11th Cir. 2012). Plaintiffs are advised that the Court may dismiss or strike future filings, or dismiss the case entirely, for failure to comply with this Court's Orders or the Federal Rules. Moreover, Plaintiffs are advised to act expeditiously in striking or withdrawing future filings, and to seek the Court's leave where appropriate.

- 2 -

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 9th of February, 2022.

*[signature: William P. Dimitrouleas]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record