# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N W
Atlanta, Georgia 30303

FILED BY ____AP____ D.C.

Apr 20, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-10788-F
Case Style: Christopher Teny Beres, et al v. Daily Journal Corporation
District Court Docket No: 0:22-cv-60123-WPD

The enclosed copy of the Clerk's Order of Dismissal only as to Appellant, Christopher Teny Beres for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot only as to Christopher Teny Beres in light of the attached clerk's order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

Enclosure

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10788-F
_____

CHRISTOPHER TENY BERES,
ANDREW JOHN DELANEY,

                                Plaintiffs - Appellants,

JOHN DOES,

                                Plaintiff,

versus

DAILY JOURNAL CORPORATION,

                                Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution as to appellant Christopher Teny Beres only because the appellant Christopher T. Beres failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules.

Effective April 20, 2022.

                                DAVID J. SMITH
             Clerk of Court of the United States Court
               of Appeals for the Eleventh Circuit

                                           FOR THE COURT - BY DIRECTION