UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60123-WPD

CHRISTOPHER T. BERES
and ANDREW DELANEY,

      Plaintiffs,

v.

DAILY JOURNAL CORPORATION,

      Defendant.
_____/

## ORDER ON LIMITED REMAND

THIS CAUSE is before the Court on the Order of Limited Remand from the Eleventh Circuit Court of Appeals, received on July 1, 2022 (the "Order") [DE 42].

The Eleventh Circuit Court of Appeals remanded this case for "the limited purpose of determining the citizenship of the parties to establish whether diversity jurisdiction existed." [DE 42] at 3. In its Order, the Eleventh Circuit noted that "the allegations in the amended complaint were insufficient to establish the citizenship of all the parties" but that the documents Defendant Daily Journal Corporation ("DJC") proposed to submit would sufficiently establish that DJC is a citizen of California and South Carolina. *Id.* at 2–3. However, Plaintiff Andrew Delaney's jurisdictional responses state that he is a citizen of California, not Florida, "cast[ing] doubt on his own citizenship as alleged in the amended complaint." *Id.* at 3.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **July 15, 2022**, the parties shall each file a brief, accompanied by affidavits or declarations as necessary, addressing the issue of the citizenship of the parties to establish whether the Court had diversity jurisdiction over this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

All Counsel of Record